UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CANIKA JEFFERSON § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:17–CV–00359 |
| § | |
| HAZA FOODS § | |
| § | |
| Defendant. § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew M. Edison. On September 20, 2018, this case was referred to Judge Edison. Dkt. 27. Pending before Judge Edison was Defendant Haza Foods d/b/a Wendy's Motion for Summary Judgment. Dkt. 19. On October 5, 2018, Judge Edison filed a Memorandum and Recommendation recommending Defendant Haza Foods d/b/a Wendy's Motion for Summary Judgment be DENIED. Dkt. 30.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 30) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant Haza Foods d/b/a Wendy's Motion for Summary Judgment (Dkt. 19) be **DENIED**.
.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 23rd day of October, 2018.

*George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge